**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: COSTALES, MARY E.　　　　　§　Case No. 18-03943
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

　　1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/14/2018. The undersigned trustee was appointed on 02/14/2018.

　　2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

　　3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

　　4. The trustee realized the gross receipts of　　　$　　　50,000.00

　　　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 11.98 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　　$ | 34,988.02 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was 06/06/2018 and the deadline for filing governmental claims was 08/13/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,915.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $0.00 as interim compensation and now requests the sum of $1,915.65, for a total compensation of $1,915.65[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/21/2018          By: /s/ David R. Brown
                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 18-03943
**Case Name:** COSTALES, MARY E.
**For Period Ending:** 08/21/2018

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 02/14/2018 (f)
**§ 341(a) Meeting Date:** 03/13/2018
**Claims Bar Date:** 06/06/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 953 Dearborn Circle, Carol Stream, IL 60188-0000, DuPage County<br>Single-family home, Property sold at tax sale; Centax obtained tax deed in 17 TD 34 DuPage County. Entire property value: $240,000.00 (See Footnote) | 240,000.00 | 0.00 | | 0.00 | FA |
| 2 | Furnishings and kitchen items | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Medical and health aids for disability | 500.00 | 0.00 | | 0.00 | FA |
| 5* | Real property interest in 953 Dearborn Circle Carol Stream IL (See Footnote) | 240,000.00 | 0.00 | | 0.00 | FA |
| 6* | CLAIMS AGAINST THIRD PARTIES (u) (See Footnote) | 0.00 | 0.00 | | 50,000.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$481,750.00** | **$0.00** | | **$50,000.00** | **$0.00** |

RE PROP# 1    Property lost to tax sale prior to case filing
RE PROP# 5    duplicates asset #1
RE PROP# 6    Fraudulent conveyance action against real estate tax purchaser

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 08/21/2018     **Current Projected Date Of Final Report (TFR):** 08/21/2018 (Actual)

UST Form 101-7-TFR (5/1/2011)

**Form 2**  Exhibit B
Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 18-03943 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | COSTALES, MARY E. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0088 | Account #: | ******5200 Checking |
| For Period Ending: | 08/21/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/18 | {6} | Certax | Adversary settlement proceeds | 1241-000 | 50,000.00 | | 50,000.00 |
| 07/30/18 | 101 | MARY E. COSTALES | HOMESTEAD EXEMPTION | 8100-002 | | 15,000.00 | 35,000.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.98 | 34,988.02 |
| | | **COLUMN TOTALS** | | | 50,000.00 | 15,011.98 | $34,988.02 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 50,000.00 | 15,011.98 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | **NET Receipts / Disbursements** | | | $50,000.00 | $11.98 | |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**   *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-03943 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | COSTALES, MARY E. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0088 | **Account #:** | ******5200 Checking |
| **For Period Ending:** | 08/21/2018 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5200 Checking | $50,000.00 | $11.98 | $34,988.02 |
| | **$50,000.00** | **$11.98** | **$34,988.02** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

**Case:** 18-03943      **MARY E COSTALES**

Claims Bar Date: 06/06/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TRFEE | David R. Brown<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187<br><2100-000 Trustee Compensation><br>, 200 | Administrative | | $1,915.65<br>$1,915.65 | $0.00 | $1,915.65 |
| | Clerk of the Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604<br><2700-000 Clerk of the Court Fees><br>, 200<br>Deferred filing fee for adversary #18-00079 | Administrative<br>08/21/18 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| | SPRINGER BROWN, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>08/21/18 | | $6,946.00<br>$6,946.00 | $0.00 | $6,946.00 |
| | SPRINGER BROWN, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>08/21/18 | | $96.24<br>$96.24 | $0.00 | $96.24 |
| SURPLUS | COSTALES, MARY E.<br>953 DARBORN CIRCLE<br>CAROL STREAM, IL 60188<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Unsecured<br>08/21/18 | | $0.00<br>$23,343.54 | $0.00 | $23,343.54 |
| 1 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/09/18 | | $721.73<br>$721.73 | $0.00 | $721.73 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case:** 18-03943  **MARY E COSTALES**

Claims Bar Date: 06/06/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1I | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>08/21/18 | | N/A<br>$8.45 | $0.00 | $8.45 |
| 2 | TD Bank, USA by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/23/18 | | $998.89<br>$998.89 | $0.00 | $998.89 |
| 2I | TD Bank, USA by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>08/21/18 | | N/A<br>$11.69 | $0.00 | $11.69 |
| 3 | PERSONAL FINANCE COMPANY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM, MD 21236<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/30/18 | | $588.94<br>$588.94 | $0.00 | $588.94 |
| 3I | PERSONAL FINANCE COMPANY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM, MD 21236<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>08/21/18 | | N/A<br>$6.89 | $0.00 | $6.89 |
| | | | | **Case Total:** | **$0.00** | **$34,988.02** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 18-03943
Case Name: MARY E COSTALES
Trustee Name: David R. Brown

**Balance on hand:** $ 34,988.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 34,988.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 1,915.65 | 0.00 | 1,915.65 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 6,946.00 | 0.00 | 6,946.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 96.24 | 0.00 | 96.24 |

Total to be paid for chapter 7 administrative expenses: $ 9,307.89
Remaining balance: $ 25,680.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 25,680.13

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 25,680.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $2,309.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 721.73 | 0.00 | 721.73 |
| 2 | TD Bank, USA by American InfoSource LP as agent | 998.89 | 0.00 | 998.89 |
| 3 | PERSONAL FINANCE COMPANY | 588.94 | 0.00 | 588.94 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,309.56 |
| Remaining balance: | $ | 23,370.57 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 23,370.57 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 23,370.57 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.89% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $27.03. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $23,343.54.

**UST Form 101-7-TFR(5/1/2011)**