UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **MARY E. COSTALES,** | ) | Bankruptcy No. 18-03943 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 29, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Timothy Whelan
1200 Roosevelt Rds., Ste. 150
Glen Ellyn, IL  60137

**VIA REGULAR MAIL**

| | |
|---|---|
| Costales, Mary E<br>953 Darborn Circle<br>Carol Stream, IL  60188 | TD Bank, USA by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 |
| | PERSONAL FINANCE COMPANY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM, MD 21236 |
| Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | |

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000