**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: COSTALES, MARY E.          §   Case No. 18-03943
                                  §
                                  §
                                  §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $481,750.00 | Assets Exempt: | $16,750.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,336.59 | Claims Discharged Without Payment: | $29,895.00 |
| Total Expenses of Administration: | $9,319.87 | | |

    3) Total gross receipts of $50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $38,343.54 (see **Exhibit 2**), yielded net receipts of $11,656.46 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $40,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $9,319.87 | $9,319.87 | $9,319.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $29,895.00 | $2,309.56 | $2,336.59 | $2,336.59 |
| **TOTAL DISBURSEMENTS** | $69,895.00 | $11,629.43 | $11,656.46 | $11,656.46 |

4) This case was originally filed under chapter 7 on 02/14/2018.  The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   11/14/2018            By: /s/ David R. Brown
                                   Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CLAIMS AGAINST THIRD PARTIES | 1241-000 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARY E. COSTALES | HOMESTEAD EXEMPTION | 8100-002 | $15,000.00 |
| COSTALES, MARY E. | Distribution payment - Dividend paid at 100.00% of $23,343.54; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $23,343.54 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$38,343.54** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | DuPage County Tax Collector | 4110-000 | $20,000.00 | NA | NA | NA |
| N/F | DuPage County Tax Collector | 4110-000 | $20,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$40,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $1,915.65 | $1,915.65 | $1,915.65 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 3110-000 | NA | $6,946.00 | $6,946.00 | $6,946.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 3120-000 | NA | $96.24 | $96.24 | $96.24 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $11.98 | $11.98 | $11.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$9,319.87** | **$9,319.87** | **$9,319.87** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | NA | $721.73 | $721.73 | $721.73 |
| 1I | Discover Bank Discover Products Inc | 7990-000 | NA | NA | $8.45 | $8.45 |
| 2 | TD Bank, USA by American InfoSource LP as agent | 7100-000 | NA | $998.89 | $998.89 | $998.89 |
| 2I | TD Bank, USA by American InfoSource LP as agent | 7990-000 | NA | NA | $11.69 | $11.69 |
| 3 | PERSONAL FINANCE COMPANY | 7100-000 | NA | $588.94 | $588.94 | $588.94 |
| 3I | PERSONAL FINANCE COMPANY | 7990-000 | NA | NA | $6.89 | $6.89 |
| N/F | Amercred | 7100-000 | $2,745.00 | NA | NA | NA |
| N/F | Certax | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $4,248.00 | NA | NA | NA |
| N/F | Discoverbank | 7100-000 | $721.00 | NA | NA | NA |
| N/F | Enhanced Recovery Co L | 7100-000 | $4,587.00 | NA | NA | NA |
| N/F | Jeffcapsys | 7100-000 | $1,340.00 | NA | NA | NA |
| N/F | Merchants Cr | 7100-000 | $184.00 | NA | NA | NA |
| N/F | Merchants Cr | 7100-000 | $77.00 | NA | NA | NA |
| N/F | Merchants Cr | 7100-000 | $140.00 | NA | NA | NA |
| N/F | Merchants Cr | 7100-000 | $76.00 | NA | NA | NA |
| N/F | Merchants Cr | 7100-000 | $55.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Personal Finance/marin | 7100-000 | $585.00 | NA | NA | NA |
| N/F | Target Nb | 7100-000 | $14,139.00 | NA | NA | NA |
| N/F | Td Bank Usa/targetcred | 7100-000 | $998.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$29,895.00** | **$2,309.56** | **$2,336.59** | **$2,336.59** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 18-03943
**Case Name:** COSTALES, MARY E.
**For Period Ending:** 11/14/2018

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 02/14/2018 (f)
**§ 341(a) Meeting Date:** 03/13/2018
**Claims Bar Date:** 06/06/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 953 Dearborn Circle, Carol Stream, IL 60188-0000, DuPage County<br>Single-family home, Property sold at tax sale; Centax obtained tax deed in 17 TD 34 DuPage County. Entire property value: $240,000.00 (See Footnote) | 240,000.00 | 0.00 | | 0.00 | FA |
| 2 | Furnishings and kitchen items | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Medical and health aids for disability | 500.00 | 0.00 | | 0.00 | FA |
| 5* | Real property interest in 953 Dearborn Circle Carol Stream IL (See Footnote) | 240,000.00 | 0.00 | | 0.00 | FA |
| 6* | CLAIMS AGAINST THIRD PARTIES (u) (See Footnote) | 0.00 | 0.00 | | 50,000.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$481,750.00** | **$0.00** | | **$50,000.00** | **$0.00** |

RE PROP# 1    Property lost to tax sale prior to case filing
RE PROP# 5    duplicates asset #1
RE PROP# 6    Fraudulent conveyance action against real estate tax purchaser

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 08/21/2018        **Current Projected Date Of Final Report (TFR):** 08/21/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 18-03943 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | COSTALES, MARY E. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0088 | Account #: | ******5200 Checking |
| For Period Ending: | 11/14/2018 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/18 | {6} | Certax | Adversary settlement proceeds | 1241-000 | 50,000.00 | | 50,000.00 |
| 07/30/18 | 101 | MARY E. COSTALES | HOMESTEAD EXEMPTION | 8100-002 | | 15,000.00 | 35,000.00 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.98 | 34,988.02 |
| 10/02/18 | 102 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $1,915.65; Claim # TRFEE; Filed: $1,915.65 | 2100-000 | | 1,915.65 | 33,072.37 |
| 10/02/18 | 103 | Clerk of the Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # ; Filed: $350.00 | 2700-000 | | 350.00 | 32,722.37 |
| 10/02/18 | 104 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $6,946.00; Claim # ; Filed: $6,946.00 | 3110-000 | | 6,946.00 | 25,776.37 |
| 10/02/18 | 105 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $96.24; Claim # ; Filed: $96.24 | 3120-000 | | 96.24 | 25,680.13 |
| 10/02/18 | 106 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 100.00% of $721.73; Claim # 1; Filed: $721.73 | 7100-000 | | 721.73 | 24,958.40 |
| 10/02/18 | 107 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 100.00% of $8.45; Claim # 1I; Filed: $8.45 | 7990-000 | | 8.45 | 24,949.95 |
| 10/02/18 | 108 | TD Bank, USA by American InfoSource LP as agent | Distribution payment - Dividend paid at 100.00% of $998.89; Claim # 2; Filed: $998.89 | 7100-000 | | 998.89 | 23,951.06 |
| 10/02/18 | 109 | TD Bank, USA by American InfoSource LP as agent | Distribution payment - Dividend paid at 100.00% of $11.69; Claim # 2I; Filed: $11.69 | 7990-000 | | 11.69 | 23,939.37 |
| 10/02/18 | 110 | PERSONAL FINANCE COMPANY | Distribution payment - Dividend paid at 100.00% of $588.94; Claim # 3; Filed: $588.94 | 7100-000 | | 588.94 | 23,350.43 |
| 10/02/18 | 111 | PERSONAL FINANCE COMPANY | Distribution payment - Dividend paid at 100.00% of $6.89; Claim # 3I; Filed: $6.89 | 7990-000 | | 6.89 | 23,343.54 |
| 10/02/18 | 112 | COSTALES, MARY E. | Distribution payment - Dividend paid at 100.00% of $23,343.54; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 23,343.54 | 0.00 |
| | | **COLUMN TOTALS** | | | **50,000.00** | **50,000.00** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 50,000.00 | 50,000.00 | |
| | | | Less: Payments to Debtors | | | 38,343.54 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$11,656.46** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** 18-03943 | | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** COSTALES, MARY E. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** **-***0088 | | **Account #:** | ******5200 Checking |
| **For Period Ending:** 11/14/2018 | | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5200 Checking | $50,000.00 | $11,656.46 | $0.00 |
| | **$50,000.00** | **$11,656.46** | **$0.00** |